UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**WESTLEY SIMMONS**                                                              **CIVIL ACTION**

**VERSUS**                                                                       **NO. 15-5241**

**MARLIN N. GUSMAN, ET AL.**                                                     **SECTION "B"(3)**

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** plaintiff's claims challenging the physical conditions of his confinement at the Orleans Parish Prison are **DISMISSED WITH PREJUDICE** as frivolous and/or for failing to state a claim on which relief may be granted.

**IT IS FURTHER ORDERED** that plaintiff's failure-to-protect claims against Orleans Parish Sheriff Marlin N. Gusman and Bonita J. Pittman are **DISMISSED WITH PREJUDICE** as frivolous and/or for failing to state a claim on which relief may be granted.

**IT IS FURTHER ORDERED** that plaintiff's failure-to-protect claims against Ms. Turner and R. Brown are allowed to proceed pending further development.

New Orleans, Louisiana, this  18th   day of         April        , 2016.

_____
UNITED STATES DISTRICT JUDGE